1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   JAVIER ESPINOZA RODRIGUEZ,,                    CASE NO. 10cv767-MMA (AJB)

12                                  Plaintiff,      **REPORT AND**
                                                    **RECOMMENDATION**
13          vs.                                     **GRANTING MOTION TO**
                                                    **DISMISS AND DENYING**
14   JOHN C. MARSHALL, Warden,                      **PETITION FOR WRIT OF**
                                                    **HABEAS CORPUS AS MOOT**
15                                  Defendant.      [Doc. No. 8.]

16

17          Petitioner Javier Espinoza Rodriguez, a state prisoner proceeding *pro se*, filed a Petition for

18   Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in the Central District of California.  An order

19   transferring the case to the Southern District of California was filed on May 30, 2008; however, the

20   case was not filed in this Court until April 12, 2010.  On June 22, 2010, Petitioner filed a motion to

21   dismiss  arguing that the petition is moot.  On July 19, 2010, Petitioner filed a cover letter regarding

22   a Letter of Clarification Re Other Actions Not Filed by Petitioner that he states he attached.[1]  It

23   appears that Petitioner does not contest the motion to dismiss.

24                                          **Discussion**

25          On April 8, 2008, Petitioner filed a petition for writ of habeas corpus in the Central District

26   of California under case no. 08cv2310-JVS(SS).  The petition was ordered transferred to the Southern

27   _____

28       [1]Although the Letter of Clarification Re Other Actions Not Filed by Petitioner is not attached
     to the cover letter in this case, it seems to have been separated and filed in the other petition that he
     filed in 08cv1007-H(CAB) as docket entry no. 35.

                                          - 1 -                         10cv767-MMA(AJB)

1  District of California and designated as case no. 08cv1007-H(CAB) on June 3, 2008.  In that case, on

2  April 20, 2010, the district judge denied the petition for writ of habeas corpus on the merits and denied

3  a certificate of appealability.  On May 19, 2010, Petitioner filed a notice of appeal.

4       Meanwhile, the same order of transfer filed in case no. 08cv1007-H(CAB) appears to have

5  been electronically sent again to this Court on April 13, 2010.  Therefore, the instant case was opened

6  with the same petition that was filed in this court in case no. 08cv1007-H(CAB) and decided on the

7  merits.

8       Respondent argues that the petition is moot because the claims have already been denied in

9  this Court.  In response, Petitioner writes "This Letter should provide clarity re Case No.s [CV-08-

10  2310 JVS (SS), & 10cv767 MMA(AJB)]: These two cases were never filed by this Petitioner, or said

11  [?]-Documents were meant for filing of numerous petitions.  The only applicable Case No. [08cv1007-

12  H(CAB)] regarding his Petition is now pending on appeal."  (08cv1007-H(CAB), Doc. No. 35.)

13       It appears that the instant petition, already decided on the merits, was accidentally filed again

14  in this Court.  Petitioner does not object and even states that this petition was not filed by him and the

15  only relevant petition is 08cv1007-H(CAB) which is now on appeal.

16       Accordingly, the Court RECOMMENDS that the motion to dismiss be GRANTED and the

17  petition for writ of habeas be DENIED and DISMISSED as MOOT**.**

18                                 **Conclusion**

19       Based on the foregoing, the undersigned Magistrate Judge recommends that the motion to

20  dismiss be **GRANTED** and the petition for writ of habeas corpus be **DENIED** and **DISMISSED**

21  as **MOOT.**  This report and recommendation is submitted by the undersigned Magistrate Judge to

22  the United States District Judge assigned to this case, pursuant to the provisions of Title 28, United

23  States Code, section 636(b)(1).

24       **IT IS ORDERED** that no later than **September 8, 2010**, any party to this action may file

25  written objections with the Court and serve a copy on all parties.  The document should be

26  captioned "Objections to Report and Recommendation."

27       **IT IS FURTHER ORDERED** that any reply to the objections shall be filed with the Court

28  and served on all parties no later than **September 22, 2010**.  The parties are advised that failure to

1   file objections within the specified time may waive the right to raise those objections on appeal of

2   the Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3

4   IT IS SO ORDERED.

5

6   DATED:  August 10, 2010

7                                                              _____
                                                               Hon. Anthony J. Battaglia
8                                                              U.S. Magistrate Judge
                                                               United States District Court
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28